IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA MOFFA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 2:23-cv-244 |
| LVNV FUNDING, LLC, | : |
| Defendant. | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant, LVNV Funding, LLC ("LVNV") hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, Pennsylvania and in support thereof avers as follows:

1. LVNV is the Defendant in a civil action originally filed on January 9, 2023, in the Court of Common Pleas of Allegheny County, Pennsylvania titled *Andrea Moffa v. LVNV Funding, LLC and* docketed to Case No. AR-23-000081.

2. This removal is timely under 28 U.S.C. § 1446(b). LVNV received service of Plaintiff's Complaint by Certified Mail on January 17, 2023.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against LVNV alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. On this date, LVNV has provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Allegheny County, Pennsylvania.

1

WHEREFORE, Defendant, LVNV respectfully removes this case to the United States District for the Western District of Pennsylvania.

                Respectfully submitted,

                **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       PA Bar No. 92412
       12276 San Jose Blvd.
       Suite 718
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com
       *Counsel for Defendant LVNV Funding, LLC*

Dated: February 15, 2023

## CERTIFICATE OF SERVICE

I certify that on February 15, 2023, a true copy of the foregoing document was served on all unrepresented parties and counsel of record via electronic service.

**MESSER STRICKLER BURNETTE, LTD.**

By:   /s/ Lauren M. Burnette
      LAUREN M. BURNETTE, ESQUIRE
      PA Bar No. 92412
      12276 San Jose Blvd.
      Suite 718
      Jacksonville, FL 32223
      (904) 527-1172
      (904) 683-7353 (fax)
      lburnette@messerstrickler.com
      *Counsel for Defendant LVNV Funding, LLC*

Dated: February 15, 2023